Hearing Date: January 13, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| THECCANAT, TOMY | § | Case No. 10-02435 |
| THECCANAT, SUJA | § | |
| | § | Hon. Pamela S. Hollis |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 13, 2011
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THECCANAT, TOMY | § | Case No. 10-02435 |
| THECCANAT, SUJA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,953.01 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 11,953.01 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 1,945.30 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,592.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | American Infosource Lp As Agent for | $ 1,831.41 | $ 182.20 |
| 000003 | American Infosource Lp As Agent for | $ 24,074.67 | $ 2,395.14 |
| 000004 | Capital One Bank (USA), N.A. | $ 13,740.90 | $ 1,367.05 |
| 000005 | Chase Bank USA, N.A. | $ 4,935.73 | $ 491.05 |
| 000006 | Chase Bank USA, N.A. | $ 10,708.65 | $ 1,065.38 |
| 000007 | Chase Bank USA, N.A. | $ 11,290.20 | $ 1,123.24 |
| 000008 | GE Money Bank | $ 452.61 | $ 45.03 |
| 000009 | GE Money Bank | $ 157.75 | $ 15.70 |
| 000010 | Chase Bank USA,N.A | $ 253.94 | $ 25.26 |
| 000011 | Sallie Mae | $ 10,453.39 | $ 1,039.99 |
| 000012 | American Express Bank, FSB | $ 22,692.87 | $ 2,257.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
  Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1  User: vbrown  Date Created: 11/24/2010
Case: 10−02435  Form ID: pdf006  Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
14994229  Nbgl−carsons
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Tomy Theccanat | 4152 W. Cleveland | Skokie, IL 60076 | | |
| jdb | Suja Theccanat | 4152 W. Cleveland | Skokie, IL 60076 | | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | David H Cutler | Cutler &Associates, Ltd. | 8430 Gross Point Rd, Ste 201 | Skokie, IL 60077 | |
| 16114569 | American Express Bank, FSB | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 | |
| 15815090 | American Infosource Lp As Agent for | Citibank (South Dakota) N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 | |
| 15800362 | American Infosource Lp As Agent for | World Financial Network National Bank As | Harlem Furniture | PO Box 248872 | Oklahoma City, OK 73124−8872 |
| 14994202 | Amex | Po Box 297871 | Fort Lauderdale, FL 33329 | | |
| 14994203 | Bank One/Chase | 8333 Ridgepoint Dr | Irving, TX 75063 | | |
| 14994204 | Capital 1 Bank | Attn: C/O TSYS Debt Management | Po Box 5155 | Norcross, GA 30091 | |
| 15856958 | Capital One Bank (USA), N.A. | by American Infosource Lp As Agent | PO Box 248839 | Oklahoma City, OK 73124−8839 | |
| 14994205 | Chase | 201 N. Walnut St//De1−1027 | Wilmington, DE 19801 | | |
| 15861865 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | | |
| 15985593 | Chase Bank USA,N.A | c/o Creditors Bankruptcy Service | P O Box 740933 | Dallas,Tx 75374 | |
| 14994206 | Chase Student Ln Servi | Po Box 6004 | Ridgeland, MS 39158 | | |
| 14994207 | Childrens Place | Attn.: Centralized Bankruptcy | Po Box 20507 | Kansas City, MO 64195 | |
| 14994208 | Citi | Pob 6241 | Sioux Falls, SD 57117 | | |
| 14994209 | Citibank Usa | Attn.: Centralized Bankruptcy | Po Box 20507 | Kansas City, MO 64195 | |
| 14994211 | Collection | Attn: Bankrutpcy Department | Po Box 10587 | Greenville, SC 29603 | |
| 14994213 | Discover Fin Svcs Llc | Po Box 15316 | Wilmington, DE 19850 | | |
| 15052194 | Ford Motor Credit Company LLC | P O Box 6275 | Dearborn, MI 48121 | | |
| 14994215 | Ford Motor Credit Corporation | National Bankruptcy Center | Po Box 537901 | Livonia, MI 48153 | |
| 14994217 | G M A C | 2740 Arthur St | Roseville, MN 55113 | | |
| 15907885 | GE Money Bank | c/o Recovery Management Systems Corporat | 25 SE 2nd Ave Suite 1120 | Miami FL 33131−1605 | |
| 14994219 | Gemb/jcp | Attention: Bankruptcy | Po Box 103106 | Roswell, GA 30076 | |
| 14994222 | Gemb/oldnavydc | Po Box 981400 | El Paso, TX 79998 | | |
| 14994224 | Hsbc Bank | Attn: Bankruptcy | Po Box 5253 | Carol Stream, IL 60197 | |
| 14994226 | Kohls/chase | N56 W 17000 Ridgewood Dr | Menomonee Falls, WI 53051 | | |
| 14994228 | National City | Attn: Bankruptcy | Po Box 5570 | Cleveland, OH 44101 | |
| 14994231 | Nicor Gas | Attention: Bankruptcy Department | 1844 Ferry Road | Naperville, IL 60507 | |
| 14994233 | Sallie Mae | 1002 Arthur Dr | Lynn Haven, FL 32444 | | |
| 16032576 | Sallie Mae | c/o Sallie Mae, Inc. | 220 Lasley Ave. | Wilkes−Barre, PA 18706 | |
| 14994236 | Wells Fargo Hm Mortgag | 8480 Stagecoach Cir | Frederick, MD 21701 | | |
| 14994238 | Wfnnb/roomplace | Po Box 182273 − Wf | Columbus, OH 43218 | | |

TOTAL: 34

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 2                  Date Rcvd: Nov 30, 2010
Case: 10-02435                 Form ID: pdf006              Total Noticed: 32

The following entities were noticed by first class mail on Dec 02, 2010.
db/jdb        +Tomy Theccanat,    Suja Theccanat,    4152 W. Cleveland,     Skokie, IL 60076-2771
aty           +David H Cutler,    Cutler & Associates, Ltd.,    8430 Gross Point Rd, Ste 201,
                Skokie, IL 60077-2000
tr            +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
16114569       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14994202      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14994203      +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
14994204     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
15856958       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK  73124-8839
14994205      +Chase,   201 N. Walnut St//De1-1027,     Wilmington, DE 19801-2920
15861865       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15985593      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
14994207      +Childrens Place,    Attn.: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
14994208      +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
14994209      +Citibank Usa,    Attn.: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
14994215     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court:  Ford Motor Credit Corporation,     National Bankruptcy Center,
                Po Box 537901,    Livonia, MI 48153)
15052194      +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
14994217      +G M A C,   2740 Arthur St,    Roseville, MN 55113-1303
14994224      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14994228      +National City,    Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
16032576      +Sallie Mae,    c/o Sallie Mae, Inc.,    220 Lasley Ave.,     Wilkes-Barre, PA 18706-1496
14994233      +Sallie Mae,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14994236      +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
14994238      +Wfnnb/roomplace,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
The following entities were noticed by electronic transmission on Dec 01, 2010.
15815090       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
                American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
15800362       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
                American Infosource Lp As Agent for,    World Financial Network National Bank As,
                Harlem Furniture,    PO Box 248872,    Oklahoma City, OK  73124-8872
14994211      +E-mail/Text: resurgentbknotifications@resurgent.com                            Collection,
                Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14994213      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2010 01:40:24     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
15907885       E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:29:36     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14994219      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:50:26     Gemb/jcp,    Attention: Bankruptcy,
                Po Box 103106,    Roswell, GA 30076-9106
14994222      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:50:26     Gemb/oldnavydc,    Po Box 981400,
                El Paso, TX 79998-1400
14994226      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 01 2010 01:39:56     Kohls/chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14994231      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14994229      Nbgl-carsons
14994206     ##+Chase Student Ln Servi,    Po Box 6004,    Ridgeland, MS 39158-6004
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vbrown            Page 2 of 2            Date Rcvd: Nov 30, 2010
Case: 10-02435                Form ID: pdf006         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 02, 2010**          **Signature:**   _Joseph Speetjens_