UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| THECCANAT, TOMY | § | Case No. 10-02435 |
| THECCANAT, SUJA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                                                   Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | G M A C 2740 Arthur St Roseville, MN 55113 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Attn: Bankruptcy Po Box 5570 Cleveland, OH 44101 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Chase Student Ln Servi Po Box 6004 Ridgeland, MS 39158 | | | | | |
| | Chase Student Ln Servi Po Box 6004 Ridgeland, MS 39158 | | | | | |
| | Chase Student Ln Servi Po Box 6004 Ridgeland, MS 39158 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Place Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nbgl-carsons | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| 000012 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA,N.A | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000011 | SALLIE MAE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02435 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | THECCANAT, TOMY | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | THECCANAT, SUJA | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 02/03/11 | | | Claims Bar Date: | 09/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.63 | Unknown |
| 2. 4152 W. Cleveland, Skokie IL 60076 | 340,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase, checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America, personal checking account | 65.00 | 0.00 | | 0.00 | FA |
| 5. Hosehold furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Clothing apparel | 800.00 | 0.00 | | 0.00 | FA |
| 7. Wedding bands | 300.00 | 0.00 | | 0.00 | FA |
| 8. Allianz Life Insurance Company of North America P. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Allianz Life Insurance Company of North America P. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity Investments, 401K | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Prudential, 401K | 15,700.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Ford Escape, 34,000 miles | 10,000.00 | 6,202.40 | | 6,202.40 | FA |
| Car repossessed and sold by Ford; Trustee recovered from Ford excess over lien amount. | | | | | |
| 13. 2004 Cadillac 40,000 miles | 9,000.00 | 0.00 | | 494.00 | FA |
| Debtor turned over equity in excess of lien (1,462) and exemptions (7,035) claimed against property | | | | | |
| 14. 2005 Ford Focus 80,000 miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. Tax Refunds | 5,256.00 | 0.00 | | 5,256.00 | FA |
| Trustee recovered proceeds of tax refund identified on Debtor's tax refunds but not initially scheduled | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $396,521.00 | $6,202.40 | | $11,954.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1  
Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-02435    PSH    Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THECCANAT, TOMY | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | THECCANAT, SUJA | | 341(a) Meeting Date: | 03/01/10 |
| | | | Claims Bar Date: | 09/28/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received turnover of tax refund; liquidated remaining assets; TFR was filed; final hearing was held on 1/13/11; Trustee
has issued final distribution checks; once all checks clear, Trustee will prepare and file his TDR

Initial Projected Date of Final Report (TFR):   / /         Current Projected Date of Final Report (TFR):   / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02435 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | THECCANAT, TOMY | | Bank Name: | Bank of America, N.A. |
| | THECCANAT, SUJA | | Account Number / CD #: | *******6406 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7830 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/10 | 13, 15 | Tomy & Suja Theccanat c/o Bank of America Cashiers Check | Purchase of Non-exempt Assets Debtors purchase of non-exempt assets, including automobile et al.  ecbJune 16, 2010, 04:56 pm | 1129-000 | 5,750.00 | | 5,750.00 |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 5,750.07 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,750.21 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,750.36 |
| 09/03/10 | 12 | FORD MOTOR CREDIT COMPANY PO Box 689007 Franklin., TN 37068-9007 | SALE PROCEEDS: VEHICLES | 1129-000 | 6,202.40 | | 11,952.76 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 11,953.01 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 11,953.30 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,953.60 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,953.90 |
| 01/17/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 11,954.03 |
| 01/17/11 | | Transfer to Acct #*******6684 | Final Posting Transfer For Final Distribution | 9999-000 | | 11,954.03 | 0.00 |

| Account *******6406 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 11,952.40 | 0 | Checks | 0.00 |
| 8 | Interest Postings | 1.63 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 11,954.03 |
| | Subtotal | $ 11,954.03 | | | |
| | | | | Total | $ 11,954.03 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 11,954.03 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.01c

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 10-02435 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THECCANAT, TOMY | Bank Name: | Bank of America, N.A. |
|  | THECCANAT, SUJA | Account Number / CD #: | *******6684 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7830 |  |  |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/17/11 |  | Transfer from Acct #*******6406 | Transfer In From MMA Account For Final Distribution | 9999-000 | 11,954.03 |  | 11,954.03 |
| 01/17/11 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 |  | 1,945.30 | 10,008.73 |
| 01/17/11 | 001002 | American Infosource Lp Agent<br>World Financial Network Nat'l Bank<br>as Harlem Furniture<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000002, Payment 9.95% | 7100-000 |  | 182.22 | 9,826.51 |
| 01/17/11 | 001003 | American Infosource Lp Agent<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000003, Payment 9.95% | 7100-000 |  | 2,395.39 | 7,431.12 |
| 01/17/11 | 001004 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000004, Payment 9.95% | 7100-000 |  | 1,367.19 | 6,063.93 |
| 01/17/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 9.95% | 7100-000 |  | 491.10 | 5,572.83 |
| 01/17/11 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 9.95% | 7100-000 |  | 1,065.49 | 4,507.34 |
| 01/17/11 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 9.95% | 7100-000 |  | 1,123.35 | 3,383.99 |
| 01/17/11 | 001008 | GE Money Bank<br>c/o Recovery Management Systems Corporat | Claim 000008, Payment 9.95% | 7100-000 |  | 45.03 | 3,338.96 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) (Page: 12)      Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02435 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THECCANAT, TOMY | | Bank Name: | Bank of America, N.A. |
| | THECCANAT, SUJA | | Account Number / CD #: | *******6684 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7830 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/17/11 | 001009 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>GE Money Bank<br>c/o Recovery Management Systems Corporat | Claim 000009, Payment 9.95% | 7100-000 | | 15.70 | 3,323.26 |
| 01/17/11 | 001010 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 9.95% | 7100-000 | | 25.27 | 3,297.99 |
| 01/17/11 | 001011 | Sallie Mae<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000011, Payment 9.95% | 7100-000 | | 1,040.09 | 2,257.90 |
| 01/17/11 | 001012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 9.95% | 7100-000 | | 2,257.90 | 0.00 |

| Account *******6684 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 12 | Checks | 11,954.03 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 11,954.03 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 11,954.03 | | | |
| | | Total | $ 11,954.03 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.01c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02435 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THECCANAT, TOMY | Bank Name: | Bank of America, N.A. |
| | THECCANAT, SUJA | Account Number / CD #: | *******6684 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7830 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 2 | Deposits | 11,952.40 | 12 | Checks | 11,954.03 |
| 8 | Interest Postings | 1.63 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 11,954.03 |
| | Subtotal | $ 11,954.03 | | | |
| | | | | Total | $ 23,908.06 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 11,954.03 | | | |
| | Total | $ 23,908.06 | | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 16.01c